[No. 12220.  *En Banc.*  November 20, 1915.]

THE STATE OF WASHINGTON, *on the Relation of William Vance, Plaintiff*, v. A. W. FRATER *et al., Respondents.*[1]

Application filed in the supreme court August 12, 1914, for a writ of mandamus to compel the superior court for King county, Frater, J., *et al.*, to appoint an official court reporter. Writ denied.

*Vanderveer & Cummings*, for plaintiff.

*John F. Murphy* and *Robert H. Evans*, for respondents.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court adhere to the Department opinion reported in 84 Wash. 466, 147 Pac. 25. For the reasons there stated, the application for the writ of mandamus is denied.

————

[No. 12155.  *En Banc.*  December 1, 1915.]

J. G. CROUCH, *as Administrator of the Estate of Edwin R. Knight, Appellant*, v. E. W. ROSS, *Commissioner of Public Lands, Respondent.*[2]

Appeal from a judgment of the superior court for Thurston county, Mitchell, J., entered December 12, 1913, dismissing certiorari proceedings to review an order of the commissioner of public lands for the cancellation of a deed of state oyster lands. Modified.

*T. M. Vance* (*Fenley Bryan* and *Gordon & Easterday*, of counsel), for appellant.

*The Attorney General* and *R. E. Campbell, Assistant* (*F. H. Murray*, of counsel), for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc*, a majority of the court still adhere to the opinion heretofore filed, and reported in 83 Wash. 73, 145 Pac. 87.

For the reasons there given, the judgment is modified as directed in our former opinion.

[1]Reported in 152 Pac. 1018.
[2]Reported in 153 Pac. 20.